AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Montes et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  18-cv-11613 |
| Tularcito Deli LLC et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Margarita Montes, Adela Sanchez, Olivia Santiago, and Maria Villafan

Date: 01/08/2019

*Attorney's signature*

Alice Davis
*Printed name and bar number*

Catholic Migration Services
4701 Queens Blvd., Ste. 203
Sunnyside, New York 11104

*Address*

adavis@catholicmigration.org
*E-mail address*

(347) 472-3500
*Telephone number*

(347) 472-3501
*FAX number*