UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
MARGARITA MONTES, ADELA SANCHEZ,
OLIVIA SANTIAGO, and MARIA VILLAFAN,

        Case No.: 18-cv-11613-LGS

        Plaintiffs,

-against-

        **NOTICE OF APPEARANCE**

TULARCITO DELI, LLC, TULARCITO BAKERY,
LLC, DAVID BRAVO, and ALICIA PITA,

        Defendants.
---------------------------------------------------------------------X

**PLEASE TAKE NOTICE THAT,** I, Stephen D. Hans, of the law firm of Stephen D. Hans & Associates, P.C., hereby appear as lead counsel for defendants TULARCITO BAKERY, LLC, DAVID BRAVO and ALICIA PITA in the above-captioned action. I certify that I am admitted to practice before this Court.

Dated: Long Island City, New York
       March 7, 2019

        STEPHEN D. HANS & ASSOCIATES, P.C.

        By: **/s/Stephen D. Hans**
        Stephen D. Hans (SH-0798)
        45-18 Court Square, Suite 403
        Long Island City, New York 11101
        Tel: 718.275.6700 x 204
        Fax: 718.275.6704
        Email: shans@hansassociates.com