# STEPHEN D. HANS
## & ASSOCIATES, P.C.
LABOR & EMPLOYMENT COUNSEL FOR OVER 30 YEARS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11-20-19

45-18 Court Square, Suite 403
Long Island City, New York 11101

T: 718.275.6700 • F: 718.275.6704

**STEPHEN D. HANS**
Tel: 718.275.6700 x 204
shans@hansassociates.com

SO ORDERED:

_____
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

November 20, 2019

*If Mr. Bravo signs the Agreement in advance of the conference, then the conference will not take place. Counsel's previous letter indicated that Mr. Bravo will be in Counsel's office next week, presumably of which the Agreement will be signed. The Conference is scheduled for December 12th, 2019 at 2:30 p.m. Courtroom 18 D.*

*VIA ECF*

Hon. Robert W. Lehrburger
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:    Montes, et al. v. Tularcito Deli, LLC, et al.**
        **Case No. 18 Civ. 11613-LGS**

Dear Judge Lehrburger:

I received the Court's Order to have Mr. Bravo present on December 3rd regarding the settlement.

Two important facts – Firstly, my office is relocating on December 2nd and 3rd. All our files and furniture will be in transit and be unpacked over those two days and, for the most part, that week.

Secondly, Mr. Bravo has been desperately looking for a job to care for his family. He has taken a job where the airlines require training in Houston where he is now. I hope to reach him but, as of today, it is a problem.

The first week of December is absolutely impossible for me due to the fact that my office is moving. I do want to meet and try and reach Mr. Bravo as well. My available dates in December are as follows: 10th; 12th; 16th; 17th; 19th.

Respectfully Submitted,

/s/Stephen D. Hans

Stephen D. Hans (SH-0798)

www.hansassociates.com

The Honorable Robert W. Lehrburger
November 19, 2019
Page 2

I have not heard from him.  As of today, I emailed him and called him.  His voicemail was on and there was no reply to my emails.  I believe he wants and will settle this case.  I also think his quest for employment is consuming his attention.  I believe he will contact me but obviously the Plaintiff is understandably concerned.

I received a call from Mr. Bravo today and he informed me that he would be returning to New York next week.  He promised to be in my office next Wednesday.

I will keep the Court and the Plaintiff's counsel informed accordingly.


Respectfully Submitted,

/s/Stephen D. Hans

Stephen D. Hans (SH-0798)