UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

MARGARITA MONTES, et al.

                            Plaintiffs,

    - against -

TULARCITA BAKERY, LLC, et al,

                            Defendants.

-----------------------------------------------------------X

18 Civ. 11613 (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, UNITED STATES MAGISTRATE JUDGE.**

On December 12, 2019, the Court held a status conference to discuss Defendants' failure to consummate the terms of the parties' settlement reached on October 25, 2019. For the reasons discussed on the record, Defendants' counsel shall file a letter by Wednesday, December 18, 2019 to update the Court and the Plaintiffs on the status of the settlement funding. By Monday, January 6, 2020, the parties shall file a fully executed written memorialization of the settlement agreement and request for approval. Absent compliance by Defendants, the case will proceed.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: December 12, 2019
       New York, New York

Copies transmitted to all counsel of record.