UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

MARGARITA MONTES, et al.                                :

                                                        :

                                  Plaintiffs,           :

                                                        :

            - against -                                 :

                                                        :

TULARCITA BAKERY, LLC, et al,                           :

                                                        :

                                  Defendants.           :

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/13/2020

18 Civ. 11613 (RWL)

**ORDER OF DISMISSAL**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This case, having resolved by settlement, is hereby dismissed and discontinued in its entirety, with prejudice, without costs or fees to any other party, except as may be provided for in the parties' settlement agreement. The Clerk of Court is respectfully requested to close the case.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:      January 13, 2020
            New York, New York

Copies transmitted to all counsel of record.